■ In the Matter of GARY FARRELL, a Disbarred Attorney. [696 NYS2d 804] —Motion for vacatur of this Court's prior order of disbarment (*see,* 218 AD2d 38) denied. No opinion. Concur—Rosenberger, J. P., Nardelli, Williams, Rubin and Buckley, JJ.